```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

NADINE WEINGARTEN,                   :
                                     :
            Plaintiff,               :
                                     :
      v.                             :   CASE NO. 3:14CV00258(AWT)
                                     :
TRANS CONTINENTAL CREDIT &           :
COLLECTION CORP.,                    :
                                     :
            Defendant.               :
```

ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before November 11, 2014.

If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before November 11, 2014.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 10th day of October 2014.

                                          /s/AWT
                                     Alvin W. Thompson
                                 United States District Judge